

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ronald Dwayne Meador,    * From the 220th District Court
                          of Comanche County
                          Trial Court No. DV02117.

Vs. No. 11-17-00235-CV    * August 8, 2019

Wanda Kay Meador,         * Memorandum Opinion by Bailey, C.J.
                          (Panel consists of: Bailey, C.J.,
                          Stretcher, J., and Wright, S.C.J., sitting
                          by assignment)
                          (Willson, J., not participating)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Ronald Dwayne Meador.